N THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DIANE CHUNG,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-2605-L** |
| | § | |
| **CARTIER NORTH AMERICA, INC.** | § | |
| ***et al.,*** | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

On August 19, 2024, The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 31) was entered, recommending that the Motions to Dismiss (Docs. 15, 16) filed by Sarah Girard and Kristi Arnold on January 17, 2024, be denied.  No objections to the Report were filed as of the date of this order, and the time for filing objections has expired.

Having considered the Motions to Dismiss, the parties' briefs, the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **denies** the Motions to Dismiss (Docs. 15, 16).

**It is so ordered** this 4th day of September, 2024.


Sam A. Lindsay
United States District Judge


**Order – Solo Page**